UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

Clerk's Minutes

Before the Honorable James A. Parker

**Title:** *New Mexico Top Organics-Ultra Health v. Kennedy et al.*
**Case Number:** 17-cv-599-JAP-LF
**Date:** August 7, 2018

**Courtroom Clerk:** Emily P. Carey
**Court Reporter:** John De La Rosa

**Attorneys Present for Plaintiffs:**
Brian Egolf, Jr. & Kristina Caffrey

**Attorneys Present for Defendants**:
Christopher T. Saucedo & Daniel Apodaca

**Type of Proceeding:** Non-Jury Trial Day 2

**Start Time:** 9:08 a.m.
**End Time:** 11:00 a.m.
**Time in Court:** 1 hour 52 minutes

**Notes on the Proceedings:**

| | |
|---|---|
| 9:08 a.m. | Court in session. Plaintiff calls witness Dan Mourning. Witness is sworn. Mr. Egolf begins direct examination. Mr. Egolf references Plaintiff's Exhibit 8 and continues examination. Mr. Egolf references Plaintiff's Exhibit 13 and continues examination. Mr. Egolf references Plaintiff's Exhibit 2 and continues examination. |
| 9:45 a.m. | Mr. Egolf passes the witness. Mr. Saucedo begins cross-examination. Mr. Saucedo references Plaintiff's Exhibit 8 and continues examination. |
| 10:03 a.m. | Mr. Saucedo passes the witness. Mr. Egolf begins redirect examination. |
| 10:15 a.m. | Mr. Egolf passes the witness. Mr. Saucedo conducts further examination of the witness. |
| 10:18 a.m. | Court asks further questions of the witness. Witness responds. Mr. Saucedo asks remaining question. Court asks additional questions. Mr. Egolf asks additional questions of the witness. |

1

| | |
|---|---|
| 10:22 a.m. | No further questions for the witness. The witness is excused. |
| 10:23 a.m. | No further evidence to be presented by either party. Court clarifies a matter regarding an exhibit. |
| 10:24 a.m. | Mr. Egolf provides closing summary. Court asks question of Mr. Egolf. Mr. Egolf responds and continues closing statement. |
| 10:43 a.m. | Mr. Apodaca provides closing summary. Court asks questions of Mr. Apodaca. Mr. Apodaca responds. |
| 10:59 a.m. | Court addresses the parties. |
| 11:00 a.m | Court in recess. |