| Date | Hours | Description | Rate | Amount | User |
|---|---|---|---|---|---|
| 11/1/17 | 0.4 | Prepare exhibits for deposition. | 120 | 48.00 | Becky Josey |
| 2/23/18 | 1.0 | Assist with exhibit prep and filing of response to MSJ | 120 | 120.00 | Becky Josey |
| 8/2/18 | 0.2 | Team meeting on trial strategy. | 120 | 24.00 | Becky Josey |
| | 1.6 | | | 192.00 | |
| | | | | | |
| 9/25/17 | 2.1 | Prepare for deposition | 350 | 735.00 | Brian Egolf |
| 9/26/17 | 1.0 | Prepare for deposition. | 350 | 350.00 | Brian Egolf |
| 9/26/17 | 2.1 | Prepare for deposition cont. | 350 | 735.00 | Brian Egolf |
| 9/27/17 | 5.3 | Final preparation for deposition of R. Bingham; take deposition; conference with clients. | 350 | 1,855.00 | Brian Egolf |
| 10/31/17 | 2.5 | Prepare for Mourning deposition. | 350 | 875.00 | Brian Egolf |
| 10/31/17 | 2.2 | Prepare for Mourning deposition cont. | 350 | 770.00 | Brian Egolf |
| 11/10/17 | 0.4 | Conference with KC re: deposition of State Fair General Counsel; emails re: same. | 350 | 140.00 | Brian Egolf |
| 11/10/17 | 1.1 | Review D.M. deposition re: preparation of MSJ. | 350 | 385.00 | Brian Egolf |
| 11/19/17 | 2.2 | Review & revise affidavit for L. Jenke; emails re: same. | 350 | 770.00 | Brian Egolf |
| 11/21/17 | 0.3 | Review/approve third set of discovery; email to opposing counsel re: same. | 350 | 105.00 | Brian Egolf |
| 11/22/17 | 0.5 | Review/approve affidavit; review client's changes to same; approve final version. | 350 | 175.00 | Brian Egolf |
| 11/22/17 | 1.8 | Review/approve affidavit; review client's changes to same; approve final version cont. | 350 | 630.00 | Brian Egolf |
| 11/30/17 | 2.6 | Initial review of MSJ. | 350 | 910.00 | Brian Egolf |
| 11/30/17 | 1.1 | Initial review of MSJ cont. | 350 | 385.00 | Brian Egolf |
| 12/13/17 | 2.0 | Review and approve mediation letter. | 350 | 700.00 | Brian Egolf |
| 12/14/17 | 1.4 | Final review and approval of demand letter; office conference re: same; phone conference with client re: demand. | 350 | 490.00 | Brian Egolf |
| 12/19/17 | 1.0 | Review response to demand letter; notes re: same. | 350 | 350.00 | Brian Egolf |
| 12/22/17 | 1.9 | Work on MSJ. | 350 | 665.00 | Brian Egolf |
| 12/22/17 | 1.5 | Work on MSJ cont. | 350 | 525.00 | Brian Egolf |
| 12/27/17 | 2.0 | Review, edit, and approve letter to Judge Fashing | 350 | 700.00 | Brian Egolf |
| 12/27/17 | 1.9 | Review, edit, and approve letter to Judge Fashing cont. | 350 | 665.00 | Brian Egolf |
| 12/27/17 | 1.5 | Review/edit MSJ. | 350 | 525.00 | Brian Egolf |
| 12/27/17 | 1.7 | Review/edit MSJ cont. | 350 | 595.00 | Brian Egolf |
| 12/29/17 | 2.3 | Work on MSJ. | 350 | 805.00 | Brian Egolf |
| 12/29/17 | 1.8 | Work on MSJ cont. | 350 | 630.00 | Brian Egolf |
| 12/30/17 | 3.2 | Review, edit, revise, and approves motion for summary judgment. | 350 | 1,120.00 | Brian Egolf |
| 12/30/17 | 2.1 | Review, edit, revise, and approves motion for summary judgment cont. | 350 | 735.00 | Brian Egolf |
| 1/2/18 | 6.0 | Prepare for and attend mediation at Federal Court in ABQ. | 350 | 2,100.00 | Brian Egolf |
| 1/3/18 | 2.6 | Call with client re: status & mediation; final MSJ review & approval. | 350 | 910.00 | Brian Egolf |
| 1/3/18 | 1.6 | Call with client re: status & mediation; final MSJ review & approval cont. | 350 | 560.00 | Brian Egolf |
| 2/23/18 | 1.9 | Review, revise & approve Response to state's motion for summary judgment. | 350 | 665.00 | Brian Egolf |
| 2/23/18 | 2.4 | Review, revise & approve Response to state's motion for summary judgment cont. | 350 | 840.00 | Brian Egolf |
| 2/26/18 | 1.9 | Review and revise reply on our MSJ. | 350 | 665.00 | Brian Egolf |
| 2/26/18 | 1.9 | Review and revise reply on our MSJ cont. | 350 | 665.00 | Brian Egolf |
| 3/5/18 | 1.9 | Review, revise and approve reply on MSJ. | 350 | 665.00 | Brian Egolf |
| 3/5/18 | 2.4 | Review, revise and approve reply on MSJ cont. | 350 | 840.00 | Brian Egolf |
| 4/19/18 | 0.5 | Court notice of hearing; review rules re: time of trial. | 350 | 175.00 | Brian Egolf |
| 6/12/18 | 2.0 | Review & revise findings of fact fact and conclusions of law; review judge's order denying summary judgment re: same; determination of gaps in logic identified by judge (none) | 350 | 700.00 | Brian Egolf |
| 6/12/18 | 2.4 | Review & revise findings of fact fact and conclusions of law; review judge's order denying summary judgment re: same; determination of gaps in logic identified by judge (none) cont. | 350 | 840.00 | Brian Egolf |
| 6/14/18 | 1.2 | Further work on revisions to finding and conclusion. | 350 | 420.00 | Brian Egolf |
| 6/14/18 | 1.4 | Further work on revisions to finding and conclusion cont. | 350 | 490.00 | Brian Egolf |
| 6/15/18 | 0.4 | Final review and approval of findings and conclusions. | 350 | 140.00 | Brian Egolf |
| 6/17/18 | 0.9 | Review defendants' proposed findings and conclusions; review defendants' exhibit list. | 350 | 315.00 | Brian Egolf |
| 6/17/18 | 2.6 | Review defendants' proposed findings and conclusions; review defendants' exhibit list cont. | 350 | 910.00 | Brian Egolf |
| 6/27/18 | 3.8 | Prepare for and attend pre-trial conference; follow-up conversation with opposing counsel re: exhibits. | 350 | 1,330.00 | Brian Egolf |
| 6/28/18 | 0.5 | Emails with client re: exhibits; confer with KC re: same. | 350 | 175.00 | Brian Egolf |
| 7/2/18 | 0.8 | Initial review of motion in limine. | 350 | 280.00 | Brian Egolf |
| 7/23/18 | 2.3 | Prepare for trial: witness outlines. | 350 | 805.00 | Brian Egolf |
| 7/23/18 | 0.9 | Review and revise reply to MIL. | 350 | 315.00 | Brian Egolf |
| 7/24/18 | 2.2 | Review, revise, and approve reply on motion in limine; outline witness testimony; trial prep. | 350 | 770.00 | Brian Egolf |
| 7/24/18 | 2.5 | Review, revise, and approve reply on motion in limine; outline witness testimony; trial prep cont. | 350 | 875.00 | Brian Egolf |
| 7/26/18 | 2.3 | Trial prep: pleading review re: questions prepared for judge's concerns. | 350 | 805.00 | Brian Egolf |
| 7/26/18 | 1.4 | Trial prep: pleading review re: questions prepared for judge's concerns cont. | 350 | 490.00 | Brian Egolf |
| 7/28/18 | 2.8 | Review & revise Trial Brief; review deposition transcripts; prepare for trial. | 350 | 980.00 | Brian Egolf |
| 7/28/18 | 3.8 | Review & revise Trial Brief; review deposition transcripts; prepare for trial cont. | 350 | 1,330.00 | Brian Egolf |
| 7/29/18 | 2.4 | Review, revise & research Trial Brief. | 350 | 840.00 | Brian Egolf |
| 7/29/18 | 2.5 | Review, revise & research Trial Brief cont. | 350 | 875.00 | Brian Egolf |
| 7/30/18 | 2.0 | Prepare for trial: witness outlines. | 350 | 700.00 | Brian Egolf |
| 7/30/18 | 1.5 | Prepare for trial: witness outlines cont. | 350 | 525.00 | Brian Egolf |
| 8/1/18 | 4.0 | Prepare for trial: review and annotate deposition transcripts preparatory for final question outlines. | 350 | 1,400.00 | Brian Egolf |
| 8/1/18 | 2.4 | Prepare for trial: review and annotate deposition transcripts preparatory for final question outlines cont. | 350 | 840.00 | Brian Egolf |
| 8/2/18 | 3.3 | Revise trial brief; outline testimony. | 350 | 1,155.00 | Brian Egolf |
| 8/2/18 | 4.0 | Revise trial brief; outline testimony cont. | 350 | 1,400.00 | Brian Egolf |
| 8/3/18 | 1.3 | Client conference call re: trial prep. | 350 | 455.00 | Brian Egolf |
| 8/5/18 | 4.1 | Trial prep: reread depositions; revise witness outlines; draft opening outline; review opposing cases. | 350 | 1,435.00 | Brian Egolf |
| 8/5/19 | 4.2 | Trial prep: reread depositions; revise witness outlines; draft opening outline; review opposing cases cont. | 350 | 1,470.00 | Brian Egolf |
| 8/6/18 | 8.0 | Attend first day of trial; prepare for second day. | 350 | 2,800.00 | Brian Egolf |
| 8/6/18 | 5.4 | Attend first day of trial; prepare for second day cont. | 350 | 1,890.00 | Brian Egolf |
| 8/7/18 | 5.0 | Attend final day of trial. | 350 | 1,750.00 | Brian Egolf |
| | 156.9 | | | 54,915.00 | |

Exhibit 1

00998-Ultra Health Time

| Date | Hours | Description | Rate | Amount | User |
|---|---|---|---|---|---|
| 5/12/17 | 0.6 | Discuss potential First Amendment suit with Brian re State Fair prior restraint; preliminary research into issue and gather comparative c | 275 | 165.00 | Kristina Caffrey |
| 5/23/17 | 2.0 | Write/work on First Amendment complaint | 275 | 550.00 | Kristina Caffrey |
| 5/23/17 | 1.1 | Write/work on First Amendment complaint | 275 | 302.50 | Kristina Caffrey |
| 5/30/17 | 0.6 | Work on First Amendment complaint | 275 | 165.00 | Kristina Caffrey |
| 5/31/17 | 1.2 | Finalize first amendment complaint; assist with filing | 275 | 330.00 | Kristina Caffrey |
| 8/1/17 | 1.2 | In First Amendment case, have meet-and-confer telephone conference with opposing counsel, prepare Joint Status Report | 275 | 270.00 | Kristina Caffrey |
| 8/8/17 | 0.3 | In First Amendment case, finalize JSR | 275 | 67.50 | Kristina Caffrey |
| 8/17/17 | 0.4 | Finalize initial disclosures in First Amendment case | 275 | 90.00 | Kristina Caffrey |
| 8/29/17 | 0.2 | First Amendment case: review withdrawal of jury demand from opposing counsel | 275 | 45.00 | Kristina Caffrey |
| 9/13/17 | 1.7 | Begin researching First Amendment law; collect cases | 275 | 382.50 | Kristina Caffrey |
| 9/22/17 | 2.0 | Prep for deposition of Raina Bingham--write up questions | 275 | 450.00 | Kristina Caffrey |
| 9/22/17 | 0.7 | Prep for deposition of Raina Bingham--write up questions | 275 | 157.50 | Kristina Caffrey |
| 9/25/17 | 2.0 | Review documents sent by Expo | 275 | 450.00 | Kristina Caffrey |
| 9/25/17 | 0.7 | Review documents sent by Expo; email to Brian re deposition of Raina Bingham | 275 | 157.50 | Kristina Caffrey |
| 9/26/17 | 0.8 | Print selected applications for State Fair, highlight, give to Brian for use in depo tomorrow | 275 | 180.00 | Kristina Caffrey |
| 9/27/17 | 0.2 | Assist with deposition | 275 | 45.00 | Kristina Caffrey |
| 10/2/17 | 1.1 | Research First Amendment as it applies to "drug related" things | 275 | 247.50 | Kristina Caffrey |
| 10/3/17 | 1.2 | Research depositions of general counsels; request dates for more deponents | 275 | 270.00 | Kristina Caffrey |
| 10/3/17 | 0.3 | Follow up on IPRA request to City of Albuquerque for Hempfest docs | 275 | 67.50 | Kristina Caffrey |
| 10/6/17 | 0.5 | Email to opposing counsel re deposition of general counsel | 275 | 112.50 | Kristina Caffrey |
| 10/12/17 | 2.0 | Begin reading cases on First Amendment; research First Amendment | 275 | 450.00 | Kristina Caffrey |
| 10/12/17 | 2.0 | Read First Amendment cases | 275 | 450.00 | Kristina Caffrey |
| 10/12/17 | 0.7 | Draft discovery requests | 275 | 157.50 | Kristina Caffrey |
| 10/16/17 | 2.0 | Research privilege issues for government attorneys | 275 | 450.00 | Kristina Caffrey |
| 10/16/17 | 1.5 | Research privilege issues for government attorneys; write letter to opposing counsel re deposition of Holloway | 275 | 337.50 | Kristina Caffrey |
| 10/17/17 | 1.8 | Begin compiling excerpts from cases for use in motions | 275 | 405.00 | Kristina Caffrey |
| 10/23/17 | 0.4 | Proofread and send letter regarding privilege and deposition of lawyer | 275 | 90.00 | Kristina Caffrey |
| 10/24/17 | 1.8 | Review discovery and organize evidence necessary for MSJ; compile case excerpts | 275 | 405.00 | Kristina Caffrey |
| 10/25/17 | 2.0 | Read/annotate deposition of Raina Bingham; compile excerpts | 275 | 450.00 | Kristina Caffrey |
| 10/25/17 | 1.8 | Read/annotate deposition of Raina Bingham; compile excerpts; research current status of hemp oil; correspondence to client re gathering evidence | 275 | 405.00 | Kristina Caffrey |
| 10/30/17 | 0.2 | Email to co-counsel regarding topics for deposition of Dan Mourning | 275 | 45.00 | Kristina Caffrey |
| 10/31/17 | 0.5 | Discuss Dan Mourning deposition with co-counsel | 275 | 112.50 | Kristina Caffrey |
| 11/10/17 | 0.1 | Follow up on deposition of Dan Mourning transcript | 275 | 22.50 | Kristina Caffrey |
| 11/13/17 | 0.2 | Receive in State Fair's discovery; briefly review | 275 | 45.00 | Kristina Caffrey |
| 11/17/17 | 1.7 | Read and annotate deposition of Dan Mourning | 275 | 382.50 | Kristina Caffrey |
| 11/17/17 | 0.3 | Write letter to state fair defendants regarding discovery/policy issue | 275 | 67.50 | Kristina Caffrey |
| 11/17/17 | 0.6 | Compile depo excerpts to be used in motions | 275 | 135.00 | Kristina Caffrey |
| 11/20/17 | 0.3 | Draft new discovery | 275 | 67.50 | Kristina Caffrey |
| 11/20/17 | 0.6 | Write up draft affidavit for Leigh Jenke | 275 | 135.00 | Kristina Caffrey |
| 11/21/17 | 2.0 | Begin writing fact section of motion for summary judgment | 275 | 450.00 | Kristina Caffrey |
| 11/21/17 | 1.8 | Work on assembling facts for motion for summary judgment | 275 | 405.00 | Kristina Caffrey |
| 11/21/17 | 1.8 | Begin work on argument section of motion for summary judgment: state action, forum, speech | 275 | 405.00 | Kristina Caffrey |
| 11/21/17 | 1.5 | Work on argument section of motion for summary judgment: Gerlich case | 275 | 337.50 | Kristina Caffrey |
| 11/22/17 | 2.0 | Work on MSJ--argument on unreasonableness | 275 | 450.00 | Kristina Caffrey |
| 11/22/17 | 1.1 | Work on MSJ--argument on unreasonableness | 275 | 247.50 | Kristina Caffrey |
| 11/22/17 | 1.7 | Work on MSJ--argument on discrimination | 275 | 382.50 | Kristina Caffrey |
| 11/27/17 | 1.1 | Work on affidavit for Leigh and start editing down MSJ | 275 | 247.50 | Kristina Caffrey |
| 11/28/17 | 1.5 | Work on editing/proofreading Motion for Summary Judgment | 275 | 337.50 | Kristina Caffrey |
| 12/6/17 | 1.4 | Finish MSJ draft and edit; write draft of mediation demand to opposing counsel | 275 | 315.00 | Kristina Caffrey |
| 12/13/17 | 0.6 | Update/revise demand letter to Defendants | 275 | 135.00 | Kristina Caffrey |
| 12/15/17 | 0.7 | Organize and save exhibits for motion for summary judgment | 275 | 157.50 | Kristina Caffrey |
| 12/18/17 | 1.7 | Prepare mediation letter to Judge | 275 | 382.50 | Kristina Caffrey |
| 12/21/17 | 0.3 | Begin organizing deposition exhibits for MSJ | 275 | 67.50 | Kristina Caffrey |
| 12/27/17 | 0.7 | Finish mediation letter and send to judge | 275 | 157.50 | Kristina Caffrey |
| 12/29/17 | 0.4 | Re-send mediation letter and confirm receipt | 275 | 90.00 | Kristina Caffrey |
| 1/2/18 | 2.7 | Mediation | 275 | 607.50 | Kristina Caffrey |
| 1/2/18 | 2.0 | Work on summary judgment motion: editing, proofreading, inserting fact numbers | 275 | 450.00 | Kristina Caffrey |
| 1/2/18 | 1.8 | Work on summary judgment motion: editing, proofreading, inserting fact numbers | 275 | 405.00 | Kristina Caffrey |
| 1/3/18 | 1.4 | Edit and finalize motion for summary judgment. | 275 | 315.00 | Kristina Caffrey |
| 1/4/18 | 0.2 | Work on setting deposition of Leigh Jenke | 275 | 45.00 | Kristina Caffrey |
| 1/10/18 | 0.2 | Draft request for status conference | 275 | 45.00 | Kristina Caffrey |
| 1/15/18 | 3.0 | Deposition of Leigh Jenke | 275 | 675.00 | Kristina Caffrey |
| 1/16/18 | 0.1 | Review order and motion on scheduling for MSJ responses | 275 | 22.50 | Kristina Caffrey |
| 2/13/18 | 2.0 | Read and annotate Defendants' MSJ; begin writing response | 275 | 450.00 | Kristina Caffrey |
| 2/13/18 | 1.8 | Work on response to Defendants' Motion for Summary Judgment | 275 | 405.00 | Kristina Caffrey |
| 2/14/18 | 2.0 | Continue working on response to Defendants' MSJ | 275 | 450.00 | Kristina Caffrey |
| 2/14/18 | 2.0 | Work on response to Defendants' MSJ | 275 | 450.00 | Kristina Caffrey |
| 2/14/18 | 1.5 | Work on response to Defendants' MSJ | 275 | 337.50 | Kristina Caffrey |
| 2/14/18 | 0.8 | Edit/proofread/revise response to Defendants' Motion for Summary Judgment | 275 | 180.00 | Kristina Caffrey |
| 2/14/18 | 0.6 | Read Defendants' Response to our MSJ; legal research on First Amendment moral policing | 275 | 135.00 | Kristina Caffrey |
| 2/14/18 | 0.6 | Read/annotate cases on First Amendment, including Rosenberg case | 275 | 135.00 | Kristina Caffrey |
| 2/15/18 | 2.0 | Begin drafting Reply on our Motion for Summary Judgment | 275 | 450.00 | Kristina Caffrey |
| 2/15/18 | 2.0 | Work on Reply on our MSJ; compile case excerpts from Rosenberg case | 275 | 450.00 | Kristina Caffrey |
| 2/15/18 | 1.9 | Edit/revise/proofread MSJ Reply | 275 | 427.50 | Kristina Caffrey |
| 2/15/18 | 0.3 | Edit/revise/proofread MSJ Reply | 275 | 67.50 | Kristina Caffrey |
| 2/16/18 | 1.4 | Edit/revise Response to Defendants' MSJ and Reply on our MSJ; insert fact numbers and organize exhibits | 275 | 315.00 | Kristina Caffrey |
| 2/19/18 | 0.2 | Finalize Reply and Response and send to Brian | 275 | 45.00 | Kristina Caffrey |

| Date | Hours | Description | Rate | Amount | User |
|---|---|---|---|---|---|
| 2/21/18 | 0.9 | Organize exhibits for MSJ Response | 275 | 202.50 | Kristina Caffrey |
| 2/23/18 | 1.2 | Edit/finalize Response to Defendants' MSJ; ensure filing | 275 | 270.00 | Kristina Caffrey |
| 2/27/18 | 0.2 | Do notice of extension of time on MSJ Reply | 275 | 45.00 | Kristina Caffrey |
| 3/5/18 | 1.2 | Incorporate Brian's changes into MSJ Reply; finalize and ready for filing | 275 | 270.00 | Kristina Caffrey |
| 3/6/18 | 0.2 | Do notice of completion of briefing | 275 | 45.00 | Kristina Caffrey |
| 3/12/18 | 0.1 | Review order on completion of briefing | 275 | 22.50 | Kristina Caffrey |
| 4/10/18 | 0.7 | Receive in and process notice of trial and various orders | 275 | 157.50 | Kristina Caffrey |
| 4/16/18 | 0.2 | Check on whether motion to vacate trial was filed | 275 | 45.00 | Kristina Caffrey |
| 4/30/18 | 2.0 | Write pre-trial order portions; begin exhibit list | 275 | 450.00 | Kristina Caffrey |
| 4/30/18 | 1.5 | Continue work on pre trial order and exhibit list; compile and organize exhibits | 275 | 337.50 | Kristina Caffrey |
| 5/1/18 | 0.1 | Respond to clerk's question re trial dates | 275 | 22.50 | Kristina Caffrey |
| 5/4/18 | 0.2 | Submit request for extension on findings of fact deadline | 275 | 45.00 | Kristina Caffrey |
| 5/15/18 | 0.6 | Review pre-trial order and Defendant's changes; write back re same | 275 | 135.00 | Kristina Caffrey |
| 6/8/18 | 1.7 | Begin drafting findings of fact and conclusions of law | 275 | 382.50 | Kristina Caffrey |
| 6/8/18 | 2.0 | Work on findings of fact and conclusions of law | 275 | 450.00 | Kristina Caffrey |
| 6/11/18 | 2.0 | Read MSJ decision/order; work on findings and conclusions | 275 | 450.00 | Kristina Caffrey |
| 6/11/18 | 0.8 | Work on findings and conclusions | 275 | 180.00 | Kristina Caffrey |
| 6/15/18 | 0.4 | Finalize findings and conclusions and file | 275 | 90.00 | Kristina Caffrey |
| 6/19/18 | 0.3 | Finalize exhibit list and send to opposing counsel | 275 | 67.50 | Kristina Caffrey |
| 6/20/18 | 0.8 | Telephone conversation with opposing counsel re exhibits; finalize exhibits and review list | 275 | 180.00 | Kristina Caffrey |
| 6/27/18 | 1.5 | Attend Pre-trial conference | 275 | 337.50 | Kristina Caffrey |
| 6/28/18 | 0.2 | Follow up with client re exhibits | 275 | 45.00 | Kristina Caffrey |
| 7/2/18 | 0.9 | Write motion in limine regarding Defendants' exhibits | 275 | 202.50 | Kristina Caffrey |
| 7/2/18 | 0.5 | Write up witness list for filing | 275 | 112.50 | Kristina Caffrey |
| 7/17/18 | 1.5 | Write response to motion in limine | 275 | 337.50 | Kristina Caffrey |
| 7/18/18 | 2.0 | Write and research trial brief on first amendment topics | 275 | 450.00 | Kristina Caffrey |
| 7/18/18 | 1.8 | Write and research trial brief on first amendment topics | 275 | 405.00 | Kristina Caffrey |
| 7/18/18 | 1.5 | Write and research trial brief on first amendment topics | 275 | 337.50 | Kristina Caffrey |
| 7/18/18 | 0.2 | Proofread/edit response to motion in limine | 275 | 45.00 | Kristina Caffrey |
| 7/19/18 | 2.0 | Write witness scripts for Duke Rodriguez and Leigh Jenke | 275 | 450.00 | Kristina Caffrey |
| 7/19/18 | 1.7 | Write witness scripts for Duke Rodriguez and Leigh Jenke | 275 | 382.50 | Kristina Caffrey |
| 7/19/18 | 2.0 | Write witness script for Raina Bingham | 275 | 450.00 | Kristina Caffrey |
| 7/19/18 | 0.6 | Work on witness script for Raina Bingham | 275 | 135.00 | Kristina Caffrey |
| 7/20/18 | 0.6 | Work on trial brief and witness scripts | 275 | 135.00 | Kristina Caffrey |
| 7/23/18 | 0.4 | Write reply on motion in limine; work on trial brief | 275 | 90.00 | Kristina Caffrey |
| 7/24/18 | 0.3 | Follow up on and complete reply on motion in limine | 275 | 67.50 | Kristina Caffrey |
| 7/24/18 | 1.2 | Begin working on opening draft and brainstorming | 275 | 270.00 | Kristina Caffrey |
| 7/30/18 | 1.8 | Work on revisions and additions to trial brief; begin gathering materials for trial | 275 | 405.00 | Kristina Caffrey |
| 7/30/18 | 0.9 | Work on revisions and additions to trial brief; begin gathering materials for trial | 275 | 202.50 | Kristina Caffrey |
| 8/1/18 | 0.5 | Trial prep: begin printing necessary documents and binders and gathering materials | 275 | 112.50 | Kristina Caffrey |
| 8/2/18 | 1.2 | Finalize Trial Brief; discuss trial strategy in team meeting; review questions scripts and add additional questions | 275 | 270.00 | Kristina Caffrey |
| 8/3/18 | 2.0 | Trial prep with Leigh and Duke; highlight cases for trial | 275 | 450.00 | Kristina Caffrey |
| 8/3/18 | 2.0 | Gather materials for trial; highlight cases; research evidentiary issues | 275 | 450.00 | Kristina Caffrey |
| 8/3/18 | 0.5 | Gather materials for trial; highlight cases; research evidentiary issues | 275 | 112.50 | Kristina Caffrey |
| 8/6/18 | 8.0 | Trial | 275 | 1,800.00 | Kristina Caffrey |
| 8/7/18 | 4.0 | Trial | 275 | 900.00 | Kristina Caffrey |
| 12/27/18 | 0.3 | Research potential of submitting supplemental materials to court re hemp being legalized federally | 275 | 67.50 | Kristina Caffrey |
| 1/7/19 | 0.1 | Case update meeting and discuss impact of legalization of hemp | 275 | 22.50 | Kristina Caffrey |
| 1/16/19 | 0.4 | Receive in case decision, review, transmit to client, and calendar appeal date | 275 | 90.00 | Kristina Caffrey |
| 1/17/19 | 0.1 | Follow up with Manya on getting billing statements for fee application | 275 | 22.50 | Kristina Caffrey |
| 1/18/19 | 1.5 | Begin drafting application for attorney fees; research law on fees | 275 | 337.50 | Kristina Caffrey |
| 1/18/19 | 1.2 | Work on writing application for attorney fees | 275 | 270.00 | Kristina Caffrey |
| 1/21/19 | 0.7 | Write affidavits in support of fee application; begin arranging for affidavits in support from other attorneys | 275 | 157.50 | Kristina Caffrey |
| 1/23/19 | 0.9 | Work on fee application; review billing records for errors; research recovery of paralegal fees | 275 | 247.5 | Kristina Caffrey |
| | 152.2 | | | 34,565.00 | |
| | | | | | |
| 1/7/19 | 0.1 | Case update meeting re legalization of hemp. | 120 | 12.00 | Samantha Varela |
| 1/16/19 | 0.2 | Review decision and calendar appeal date | 120 | 24.00 | Samantha Varela |
| | 0.3 | | | 36.00 | |
| | | | | | |
| 9/12/17 | 0.3 | Review Order Setting Pretrial and Trial Schedule; calendar all deadlines from same. | 120 | 36.00 | Tammy Peinado |
| 9/21/17 | 0.4 | Confer with K. Caffrey re discovery deadline today for opposing counsel; TC with opposing counsel re discovery submittal; review Defs Answers to Rogs and RFPs; review and update files with Exhibit W and Defs Closing Argument received from C. Woodward. | 120 | 48.00 | Tammy Peinado |
| 9/25/17 | 0.2 | Review discovery sent by SaucedoChavez; emails with K. Caffrey and B. Egolf re same; review COS filed by SaucedoChavez re Amended Answers; email to K. Caffrey re same; review Amended Answers. | 120 | 24.00 | Tammy Peinado |
| 9/26/17 | 1.4 | Confer with K. Caffrey re docs needed for tomorrow's depo; create exhibit binders for R. Bingham depo; confer with B. Egolf re same. | 120 | 168.00 | Tammy Peinado |
| 10/12/17 | 1.5 | Draft Notice of Deposition of Dan Mourning; TC and email with Trattel Court Reporters re court reporter for depo; | 120 | 180.00 | Tammy Peinado |
| 10/13/17 | 0.5 | Email Notice of Deposition (Mourning) to opposing counsel; finalize Second Set of Interrogatories to Defendants; draft COS for same; e-file COS; email discovery request to opposing counsel; confer with K. Caffrey re same. | 120 | 60.00 | Tammy Peinado |
| 10/31/17 | 0.2 | Confirm court reporter for tomorrow's deposition; confer with K. Caffrey re prep for depo. | 120 | 24.00 | Tammy Peinado |
| 11/10/17 | 0.2 | TC with Trattel Court Reporters re status of Mourning transcripts; confer with K. Caffrey re same. | 120 | 24.00 | Tammy Peinado |
| 11/21/17 | 0.3 | Finalize discovery to Defendants; draft COS for discovery; email discovery to opposing counsel; e-file COS. | 120 | 36.00 | Tammy Peinado |
| 12/7/17 | 0.1 | Review COS filed in court re Def's Answers & Responses to 2nd RFPs and 3rd ROGs. | 120 | 12.00 | Tammy Peinado |
| 12/14/17 | 1.1 | Review and edit letter to Defendants; confer with K. Caffrey re same. | 120 | 132.00 | Tammy Peinado |
| 12/15/17 | 0.4 | Edit and final Affidavit of John Kelly; notarize same; emails with K. Caffrey re same. | 120 | 48.00 | Tammy Peinado |
| 1/2/18 | 1.2 | Review settlement conference pleading filed; emails with K. Caffrey re MSJ; begin prepping exhibits for MSJ; | 120 | 144.00 | Tammy Peinado |
| 1/3/18 | 3.0 | Review and edit MSJ; prep exhibits; confer with K. Caffrey re same; finalize MSJ and exhibits; e-file same. | 120 | 360.00 | Tammy Peinado |
| 1/4/18 | 0.2 | Review Judge Reassignment; confer with K. Caffrey re same. | 120 | 24.00 | Tammy Peinado |

00998-Ultra Health Time

| Date | Hours | Description | Rate | Amount | User |
|------|-------|-------------|------|--------|------|
| 1/5/18 | 0.3 | Review Notice of Depo (Jenke); calendar same; confer with K. Caffrey re same. | 120 | 36.00 | Tammy Peinado |
| 1/10/18 | 0.1 | Review email from court reporters re D. Mourning transcript. | 120 | 12.00 | Tammy Peinado |
| 1/16/18 | 0.1 | Review Joint Motion filed with court this morning. | 120 | 12.00 | Tammy Peinado |
| 1/17/18 | 0.2 | Review Order on deadline for MSJ; calendar new deadlines. | 120 | 24.00 | Tammy Peinado |
| 1/18/18 | 0.2 | Review L. Jenke transcript and exhibits from court reporter; update files. | 120 | 24.00 | Tammy Peinado |
| 2/9/18 | 0.2 | Review Defendant's Motion for Summary Judgment; calendar response date; email to B. Egolf and K. Caffrey re same. | 120 | 24.00 | Tammy Peinado |
| 2/13/18 | 0.3 | Review Defendant's Response to Plaintiff's Motion for Summary Judgment; email to B. Egolf and K. Caffrey re same. | 120 | 36.00 | Tammy Peinado |
| 2/23/18 | 3.0 | Emails with B. Egolf and K. Caffrey re Response to MSJ due today; prepare exhibits for Response; confer with K. Caffrey re same. | 120 | 360.00 | Tammy Peinado |
| 2/26/18 | 0.2 | Meeting with B. Egolf and K. Caffrey re Response to MSJ. | 120 | 24.00 | Tammy Peinado |
| 2/27/18 | 0.4 | Finalize and e-file Notice of Extension of Time; confer with K. Caffrey re same. | 120 | 48.00 | Tammy Peinado |
| 3/5/18 | 0.7 | Finalize Reply to MSJ; confer with K. Caffrey re same; e-file same. | 120 | 84.00 | Tammy Peinado |
| 3/6/18 | 0.2 | Edit and finalize Notice of Completion of Briefing; e-file same. | 120 | 24.00 | Tammy Peinado |
| 5/2/18 | 0.2 | Review Minute Orders re trial and pre-trial; calendar same. | 120 | 24.00 | Tammy Peinado |
| 5/3/18 | 0.4 | Edit and finalize Joint Motion to Extend Deadline for FOF and COL; e-file same; emails with K. Caffrey re same; calendar update. | 120 | 48.00 | Tammy Peinado |
| 5/4/18 | 0.3 | Edit and final Order re Motion to Extend; email to Judge Parker; confer with K. Caffrey re same. | 120 | 36.00 | Tammy Peinado |
| 5/8/18 | 0.3 | Review Order on FOF and COL deadline and also pretrial date; update calendar; confer with K. Caffrey re same. | 120 | 36.00 | Tammy Peinado |
| 5/10/18 | 0.4 | Review Joint Motion to Reset Deadline for Consolidated Exhibit List; review Order Granting Joint Motion; calendar new deadlines; confer with K. Caffrey re same. | 120 | 48.00 | Tammy Peinado |
| 5/11/18 | 0.2 | Review Order from Judge Parker granting motion re consolidated exhibit list; edit calendar deadlines per same. | 120 | 24.00 | Tammy Peinado |
| 5/14/18 | 0.1 | Email to D. Rodriguez re new dates. | 120 | 12.00 | Tammy Peinado |
| 6/15/18 | 0.1 | Review FOF and COL filed by DOH and EFH; update files. | 120 | 12.00 | Tammy Peinado |
| 6/19/18 | 0.1 | Review K. Caffrey email re Plaintiff Exhibit List. | 120 | 12.00 | Tammy Peinado |
| 6/21/18 | 0.1 | Review Joint Consolidated Exhibit List. | 120 | 12.00 | Tammy Peinado |
| 6/29/18 | 0.2 | Review Clerk's Minutes and Pretrial Order. | 120 | 24.00 | Tammy Peinado |
| 7/2/18 | 0.2 | Edit and finalize Witness List; e-file same. | 120 | 24.00 | Tammy Peinado |
| 7/11/18 | 0.4 | Edit and final Motion in Limine and exhibits; review MIL filed by Defendants; update files. | 120 | 48.00 | Tammy Peinado |
| 7/18/18 | 0.9 | Review, edit and final Response to Defs Motion in Limine; e-file same; review Defs Response to MIL; update files. | 120 | 108.00 | Tammy Peinado |
| 7/23/18 | 0.3 | Review Reply to Response to Defs MIL. | 120 | 36.00 | Tammy Peinado |
| 7/24/18 | 1.1 | Review, edit and finalize Reply to Motion in Limine; draft Notice of Completion of Briefing; | 120 | 132.00 | Tammy Peinado |
| 7/26/18 | 0.1 | Emails with L. Jenke re transcript. | 120 | 12.00 | Tammy Peinado |
| 8/2/18 | 1.8 | Begin creating exhibit binders for trial; review, edit and finalize Trial Brief; e-file same; team meeting re trial. | 120 | 216.00 | Tammy Peinado |
| 8/6/18 | 0.1 | Review Memo Opinion and Order. | 120 | 12.00 | Tammy Peinado |
| 8/8/18 | 0.1 | Review Clerk's Minutes. | 120 | 12.00 | Tammy Peinado |
|  | 24.3 |  |  | 2,916.00 |  |
|  | 335.3 |  |  | $ 92,624.00 |  |

00998-Ultra Health Time

**Matter**
00998-Ultra Health
00998-Ultra Health
00998-Ultra Health

00998-Ultra Health
00998-Ultra Health

00998-Ultra Health
00998-Ultra Health

00998-Ultra Health
00998-Ultra Health
00998-Ultra Health
00998-Ultra Health
00998-Ultra Health

00998-Ultra Health

00998-Ultra Health
00998-Ultra Health
00998-Ultra Health
00998-Ultra Health

00998-Ultra Health

00998-Ultra Health

00998-Ultra Health

00998-Ultra Health

00998-Ultra Health
00998-Ultra Health

00998-Ultra Health

00998-Ultra Health

00998-Ultra Health

00998-Ultra Health
00998-Ultra Health

00998-Ultra Health

00998-Ultra Health
00998-Ultra Health

00998-Ultra Health
00998-Ultra Health
00998-Ultra Health
00998-Ultra Health
00998-Ultra Health
00998-Ultra Health

00998-Ultra Health

00998-Ultra Health

00998-Ultra Health

00998-Ultra Health

00998-Ultra Health

00998-Ultra Health

00998-Ultra Health
00998-Ultra Health

00998-Ultra Health

00998-Ultra Health